WO

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Donimic T. Brooks,<br><br>            Plaintiff,<br><br>v.<br><br>State Of Hawaii, Department Of Public Safety, Mainland Branch Administrator Shari Kimoto, Saguaro Correctional Center, Warden Todd Thomas And Assistant Warden Ben Griego,<br><br>           Defendants. | NO. CV-13-00485-PHX-RCB-BSB<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY COURTNEY R. CLOMAN** |

The Court having reviewed Defendants' Motion for Withdrawal of Attorney filed on February 7, 2014, and good cause appearing,

IT IS ORDERED granting Defendants' Motion for Withdrawal of Attorney Courtney R. Cloman.

IT IS FURTHER ORDERED allowing the withdrawal of Courtney R. Cloman as one of the counsel of record for Defendants Todd Thomas and Ben Griego ("Defendants") in this action. Defendants continue to be represented by Daniel P. Struck and Rachel Love for Struck Wieneke & Love, P.L.C.

DATED this 5th day of March, 2014.

_____
Robert C. Broomfield
Senior United States District Judge